```
                                FILED         LODGED
                                RECEIVED      COPY

                                     AUG 1 3 2019

                                CLERK U S DISTRICT COURT
                                  DISTRICT OF ARIZONA
                                BY                     M DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>   v.<br><br>William Vernon Pete, Jr.,<br><br>                Defendant. | CR-19-08188-PCT-GMS (DMF)<br><br>**R E D A C T E D**<br>**I N D I C T M E N T**<br><br>VIO:  18 U.S.C. §§ 1153, 2243(a) and 2246(2)<br>       (CIR-Sexual Abuse of a Minor)<br>       Counts 1-6 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about January 27, 2013, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the Defendant, WILLIAM VERNON PETE, JR., an Indian did knowingly engage in and attempt to engage in a sexual act with Jane Doe, a child who had attained the age of 12, but had not attained the age of 16 and was at least 4 years younger than defendant. The sexual act involved contact between the defendant's penis and the victim's vulva, upon penetration, however slight and is specifically alleged to have occurred the first time at the windmill.

In violation of Title 18, United States Code, Sections 1153, 2243(a) and 2246(2).

## COUNT 2

On or about January 27, 2013, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the Defendant, WILLIAM VERNON PETE, JR., an Indian did knowingly engage in and attempt to engage in a sexual act with

Jane Doe, a child who had attained the age of 12, but had not attained the age of 16 and was at least 4 years younger than defendant. The sexual act involved penetration, however slight, of the victim's genital opening by the defendant's finger with an intent to abuse, humiliate, harass and degrade any person and arouse and gratify the sexual desire of the defendant and is specifically alleged to have occurred the first time at the windmill.

In violation of Title 18, United States Code, Sections 1153, 2243(a) and 2246(2).

### COUNT 3

On or about December 31, 2013, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the Defendant, WILLIAM VERNON PETE, JR., an Indian did knowingly engage in and attempt to engage in a sexual act with Jane Doe, a child who had attained the age of 12, but had not attained the age of 16 and was at least 4 years younger than defendant. The sexual act involved contact between the defendant's penis and the victim's vulva, upon penetration, however slight and is specifically alleged to have occurred in the victim's bedroom.

In violation of Title 18, United States Code, Sections 1153, 2243(a) and 2246(2).

### COUNT 4

On or about December 31, 2013, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the Defendant, WILLIAM VERNON PETE, JR., an Indian did knowingly engage in and attempt to engage in a sexual act with Jane Doe, a child who had attained the age of 12, but had not attained the age of 16 and was at least 4 years younger than defendant. The sexual act involved contact between the defendant's penis and the victim's anus, upon penetration, however slight and is specifically alleged to have occurred in the victim's bedroom.

In violation of Title 18, United States Code, Sections 1153, 2243(a) and 2246(2).

### COUNT 5

On or between February 26, 2014 and March 1, 2014, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the Defendant, WILLIAM VERNON PETE, JR., an Indian did knowingly engage in and

attempt to engage in a sexual act with Jane Doe, a child who had attained the age of 12, but had not attained the age of 16 and was at least 4 years younger than defendant. The sexual act involved contact between the defendant's penis and the victim's vulva, upon penetration, however slight and is specifically alleged to have occurred in an abandoned house near the Rez Golf Course.

In violation of Title 18, United States Code, Sections 1153, 2243(a) and 2246(2).

### COUNT 6

On or between February 26, 2014 and March 1, 2014, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the Defendant, WILLIAM VERNON PETE, JR., an Indian did knowingly engage in and attempt to engage in a sexual act with Jane Doe, a child who had attained the age of 12, but had not attained the age of 16 and was at least 4 years younger than defendant. The sexual act involved penetration, however slight, of the victim's genital opening by the defendant's finger with an intent to abuse, humiliate, harass and degrade any person and arouse and gratify the sexual desire of the defendant and is specifically alleged to have occurred in an abandoned house near the Rez Golf Course.

In violation of Title 18, United States Code, Sections 1153, 2243(a) and 2246(2).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: August 13, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

s/
KIYOKO PATTERSON
Assistant U.S. Attorney